JAMES B. WICKERSHAM
STATE BAR #58627
LAW OFFICES OF JAMES B. WICKERSHAM
3200A Danville Blvd., Suite 202
P.O. Box 1058
Alamo, CA 94507
Telephone: (925) 831-1325

Attorney for Defendants and Counter-claimants,
JOSEPH CALA, LLOYD JEWELL, JOSE LUIS MATA and
RISTORANTE FORLI LLC dba FORLI RISTORANTE AND BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH CALA, LLOYD JEWELL, JOSE LUIS MATA and RISTORANTE FORLI LLC dba FORLI RISTORANTE AND BAR; JOHN and ROSE LINEWEAVER TRUST; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | Case No. CO6-3615 MJJ/MED<br><u>Civil Rights</u><br>(~~PROPOSED~~)<br>ORDER AMENDING ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED ON BEHALF OF DEFENDANTS JOSEPH CALA, LLOYD JEWELL, JOSE LUIS MATA AND RISTORANTE FORLI LLC |

Pursuant to the stipulation of the parties and good cause found therefore,

1

ORDER AMENDING ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FILED ON
BEHALF OF DEFENDANTS JOSEPH CALA, LLOYD JEWELL,
JOSE LUIS MATA AND RISTORANTE FORLI LLC

It is hereby order, adjudged and decreed that page 6, lines 4-5 of the Answer, which reads "Defendant Joseph Cala admits he is a lessee of the subject premises." is amended to read "Defendant Joseph Cala denies he is a lessee of the subject premises."

In all other respects the Answer filed by said defendants remains unchanged.

Dated: January __10__, 2007

_____
HON. MARTIN J. JENKINS
U.S. DISTRICT JUDGE

1

ORDER AMENDING ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FILED ON
BEHALF OF DEFENDANTS JOSEPH CALA, LLOYD JEWELL,
JOSE LUIS MATTA AND RISTORANTE FORLI LLC