UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH CALA, et al.<br><br>　　　　　Defendant(s).<br>_____/ | No. C 06-3615 MJJ<br><br>**ORDER DENYING DEFENDANT JOSEPH CALA'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT MEDIATION** |

Having considered the written submissions from Defendant Joseph Cala and Defendant John Lineweaver, trustee for the John and Rose Lineweaver Trust in this matter, the Court finds that Mr. Cala has <u>not</u> demonstrated that his personal attendance at an upcoming mediation on March 6, 2007, would "impose an extraordinary or otherwise unjustifiable hardship." *See* ADR Local Rule, 6-9(d). Accordingly, the Court DENIES Mr. Cala's request to be relieved from compliance with the ADR Local Rules and ORDERS Mr. Cala to appear at the mediation in person.

IT IS SO ORDERED.

Dated:   February 21, 2007            */s/ Wayne D. Brazil*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:
　　　WDB, stats, ADR, neutral, all parties