JAMES B. WICKERSHAM
STATE BAR #58627
LAW OFFICES OF JAMES B. WICKERSHAM
3200A Danville Blvd., Suite 202
P.O. Box 1058
Alamo, CA 94507
Telephone: (925) 831-1325

Attorney for Defendants and Counter-Claimants,
JOSEPH CALA, LLOYD JEWELL, JOSE LUIS MATA and
RISTORANTE FORLI LLC dba FORLI RISTORANTE AND BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH CALA, LLOYD JEWELL, JOSE LUIS MATA and RISTORANTE FORLI LLC dba FORLI RISTORANTE AND BAR; JOHN and ROSE LINEWEAVER TRUST; and DOES 1-25, Inclusive,<br><br>  Defendants.<br>_____/ | Case No. CO6-3615 MJJ/MED<br>Civil Rights<br><br>STIPULATION RE DISMISSAL OF DEFENDANTS JOSE LUIS MATTA (TRUE NAME MATA) AND LLOYD JEWELL AND ORDER THEREON |

It is hereby stipulated by and between plaintiff, Steve White, and defendants, Joseph Cala, Lloyd Jewell, Lose Luis Matta (true name Mata), Ristorante Forli LLC and the John and Rose Lineweaver Trust that pursuant to the terms of the Consent Decree and Order thereon, defendants Jose Luis Matta (true name Mata) and Lloyd Jewell shall be dismissed from the

1

STIPULATION RE DISMISSAL OF DEFENDANTS JOSE LUIS
MATTA (TRUE NAME MATA) AND LLOYD JEWELL AND ORDER THEREON

subject action with prejudice and plaintiff and said defendants shall each bear their own attorney's fees and costs.

Dated: February 13, 2007     _/s/ Julie Ostil

Paul L. Rein/Julie Ostil, Attorneys for Plaintiff

Dated: February 21, 2007     /s/ Bruce Napell

Bruce Napell, Attorney for John Lineweaver as Trustee for the Lineweaver Trust

Dated: February 22, 2007     /s/ James B. Wickersham

James B. Wickersham, Attorney for Defendants Joseph Cala, Lloyd Jewell, Jose Louis Mata and Ristorante Forli LLC

## ATTESTATION

I, James B. Wickersham, Attorney at Law, hereby declare, that I am in possession of copies of the foregoing Stipulation Re Dismissal of Defendants Joe Luis Matta (True Name Mata) and Lloyd Jewell bearing the signatures of Julie Ostil and Bruce Napell, Attorneys at Law approving the filing of same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Alamo, California February 22, 2007

s/James B. Wickersham
James B. Wickersham, Attorney at Law

ORDER FOLLOWS ON NEXT PAGE

## ORDER

Pursuant to the foregoing stipulation of the parties and the terms of the Court's Consent Decree and Order entered on February 6, 2007, IT IS HEREBY ORDERED that defendants Lloyd Jewell and Jose Luis Matta (true name Mata) are dismissed from the subject action with prejudice and plaintiff and said defendants shall each bear their own attorney's fees and costs.

Dated: 2/22/2007

HON. MARTIN JENKINS
U.S. DISTRICT JUDGE

STIPULATION RE DISMISSAL OF DEFENDANTS JOSE LUIS
MATTA (TRUE NAME MATA) AND LLOYD JEWELL AND ORDER THEREON