BRUCE NAPELL
STATE BAR #115116
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, CA 95472
Telephone: 707/823-8719

Attorneys for Defendant John Lineweaver, Trustee
of the John and Rose Lineweaver Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH CALA, LLOYD JEWELL, JOSE LUIS MATTA and RISTORANTE FORLI LLC dba FORLI RISTORANTE AND BAR; JOHN and ROSE LINEWEAVER TRUST; and DOES 1-25, Inclusive,<br><br>    Defendants. | Case No. CO6-3615 MJJ/MED<br>Civil Rights<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE** |

Plaintiff, Steve White and defendants, Joseph Cala, Ristorante Forli LLC, and John Lineweaver as Trustee of the John and Rose Lineweaver Trust, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and Release and the Consent Decree and Order filed February 6, 2007 (collectively the "Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that

1

STIPULATION and DISMISSAL WITH PREJUDICE

the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: February 28, 2007

_____
Paul L. Rein/Julie Ostil, Attorneys for Plaintiff

Dated: February ___, 2007

_____
Bruce Napell, Attorney for John Lineweaver
as Trustee for the John and Rose Lineweaver Trust

Dated: February ___, 2007

_____
James B. Wickersham, Attorney for
Defendants Joseph Cala, Lloyd Jewell, Jose
Louis Mata and Ristorante Forli LLC

**ORDER**

IT IS SO ORDERED.

Dated: 3/20/2007

_____
HON. MARTIN JENKINS
U.S. DISTRICT JUDGE

STIPULATION and DISMISSAL WITH PREJUDICE

1  the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life
2  Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over
3  enforcement of settlement agreements).
4      This stipulation may be executed in counterparts, all of which together shall
5  constitute one original document.

7  Dated: February ___, 2007

_____
Paul L. Rein/Julie Ostil, Attorneys for Plaintiff

10 Dated: February 27, 2007

_____
Bruce Napell, Attorney for John Lineweaver
as Trustee for the John and Rose Lineweaver Trust

14 Dated: February 27, 2007

_____
James B. Wickersham, Attorney for
Defendants Joseph Cala, Lloyd Jewell, Jose
Louis Mata and Ristorante Forli LLC

### ORDER

18  IT IS SO ORDERED.

20 Dated: _____

_____
HON. MARTIN JENKINS
U.S. DISTRICT JUDGE

2
STIPULATION and DISMISSAL WITH PREJUDICE